JOSHUA D. HURWIT
UNITED STATES ATTORNEY
KASSANDRA MCGRADY, IDAHO STATE BAR NO. 8455
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE STREET, SUITE 500
BOISE, ID 83702
TELEPHONE: (208) 334-1211

U.S. COURTS

MAY 9 2023

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAPHETH SHIPP,<br><br>Defendant. | Case No. 1:23-cr-00131-DCN<br><br>**INDICTMENT**<br><br>18 U.S.C. § 2422(b)<br>18 U.S.C. § 2428 |

The Grand Jury charges:

### COUNT ONE

**Attempted Coercion and Enticement**
**18 U.S.C. § 2422(b)**

On or between April 12, 2023, and April 21, 2023, in the District of Idaho, the Defendant, JAPHETH SHIPP, using the internet and a cellular phone, to-wit: a black Samsung Galaxy cellular phone with IMEI 35054568321351, facilities and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice, and coerce a person he believed to be a minor to engage in sexual activity for which any person can be charged with a criminal

INDICTMENT - 1

offense, to wit: Idaho Code § 18-1508, in violation of Title 18, United States Code, Section 2422(b).

## CRIMINAL FORFEITURE ALLEGATION
### Transport for Illegal Sexual Activity Forfeiture
### 18 U.S.C § 2428

Upon conviction of the offense alleged in Count One of this Indictment, the Defendant, JAPHETH SHIPP, shall forfeit to the United States his interest in: (1) any property, real or personal, used or intended to be used to commit or to facilitate the commission of such offense; an (2) any property, real or personal, that constitutes or is derived from proceeds traceable to such offense. The property to be forfeited includes, but is not limited to, the following:

1. Seized Property.

    a. A black Samsung Galaxy cellular phone with IMEI 35054568321351.

2. Substitute Assets. Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the Government will seek forfeiture of substitute assets, "or any other property of the Defendant" up to the value of the Defendant's assets subject to forfeiture. The Government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third person;

    c. Has been placed beyond the jurisdiction of the court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be subdivided without difficulty.

INDICTMENT - 2

Dated this 9th day of May, 2023.

A TRUE BILL

*/s/ [signature on reverse]*

_____
FOREPERSON

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

_____
KASSANDRA MCGRADY
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT - 3**